FILED
2016 May-23  AM 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NEAL WOOTEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:16-CV-00839-SGC |
| MARK HERNDON; THE FRESH ) | |
| INK GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

## REQUEST FOR SERVICE BY
## CERTIFIED MAIL

Please serve the Defendant, MARK HERNDON, 1635 County Road 516, Rainsville, Alabama 35986-4207, by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

_____
Signature of Attorney